**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
BOUWMAN, McDANIELS, MORENO

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO HERNANDEZ,               ) | CASE NO: 2:10-cv-02446 LKK CKD P |
|                                 ) | |
| Plaintiff,                      ) | **ORDER** |
| vs.                             ) | |
|                                 ) | |
| K. BOUWMAN, et al.,             ) | |
|                                 ) | |
| Defendants.                     ) | |

### ORDER

Defendants BOUWMAN, McDANIELS and MORENO seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff ALVARO HERNANDEZ (V-10975) via video conference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT defendants' request to conduct plaintiff's deposition via video conference is GRANTED.

Dated: October 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE