IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

    Plaintiff,                                No. CIV S-10-2446 LKK CKD P

    vs.

K. BOUWMAN, et al.,

    Defendants.                            ORDER

_____/

        On November 28, 2011, plaintiff filed a motion for leave to file an amended complaint with respect to plaintiff's allegations against defendant McDaniels. Plaintiff filed a proposed amended complaint on December 27, 2011. Good cause appearing, IT IS HEREBY ORDERED that if defendant McDaniels opposes plaintiff's motion for leave to amend, he file an opposition with fifteen days.

 Dated: December 30, 2011

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

1/kly
hern2446.31