IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

     Plaintiff,                    No. CIV S-10-2446 LKK CKD P

     vs.

K. BOUWMAN, et al.,

     Defendants.           <u>ORDER</u>

                          /

       Plaintiff has requested that the court hold a settlement conference. Good cause appearing, defendant McDaniels will be ordered to file a response to plaintiff's request within seven days.

       Plaintiff also requests that the court assist plaintiff in obtaining a statement from inmate Hill; the inmate who attacked plaintiff after allegedly being allowed access to plaintiff by defendant McDaniels. Plaintiff's request will be denied as the time for plaintiff to conduct discovery has closed. <u>See</u> October 6, 2011 Order. Plaintiff has the option of seeking a writ of habeas corpus ad testificandum for inmate Hill for trial. Plaintiff should refer to the court's October 6, 2011 Order for information as to how to obtain a writ of habeas corpus ad testificandum.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant McDaniels shall file a response to plaintiff's request that the court hold a settlement conference within seven days.

2. Plaintiff's May 2, 2012 "motion requesting court assistance in obtaining discovery" is denied.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] hern2446.57