IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

      Plaintiff,                          No. CIV S-10-2446 LKK CKD P

     vs.

K. BOUWMAN, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff has requested that the court hold a settlement conference.  Good cause appearing, defendant McDaniels will be ordered to file a response to plaintiff's request within seven days.

       Plaintiff also requests that the court assist plaintiff in obtaining a statement from inmate Hill; the inmate who attacked plaintiff after allegedly being allowed access to plaintiff by defendant McDaniels.  Plaintiff's request will be denied as the time for plaintiff to conduct discovery has closed.  <u>See</u> October 6, 2011 Order.  Plaintiff has the option of seeking a writ of habeas corpus ad testificandum for inmate Hill for trial.  Plaintiff should refer to the court's October 6, 2011 Order for information as to how to obtain a writ of habeas corpus ad testificandum.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Defendant McDaniels shall file a response to plaintiff's request that the court hold a settlement conference within seven days.

      2. Plaintiff's May 2, 2012 "motion requesting court assistance in obtaining discovery" is denied.

Dated: May 8, 2012

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

[1] hern2446.57