IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

    Plaintiff,                        No. CIV S-10-2446 LKK CKD P

    vs.

K. BOUWMAN, et al.,

    Defendants.                <u>ORDER</u>

                                /

          Plaintiff has requested that the court hold a settlement conference. Defendant McDaniels opposes plaintiff's request. Good cause appearing, plaintiff's request that the court hold a settlement conference is denied without prejudice to renewal after the court rules on defendant McDaniels's motion to dismiss.

Dated: May 9, 2012

                                                  _/s/ Carolyn K. Delaney_
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1
hern2446.57