IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

    Plaintiff,                      No. CIV S-10-2446 LKK CKD P

    vs.

K. BOUWMAN, et al.,

    Defendants.             <u>ORDER</u>

_____/

       On May 18, 2012, plaintiff filed a motion requesting that the court order officials at plaintiff's prison to provide plaintiff with four hours of law library access per week. However, plaintiff has not explained why he needs such access and plaintiff does not, as he suggests, have a right to access the law library simply because he has a case pending in this court. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 18, 2012 motion is denied.

Dated: May 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hern2446.ll