IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

     Plaintiff,             No. CIV S-10-2446 LKK CKD P

     vs.

K. BOUWMAN, et al.,

     Defendants.       <u>ORDER</u>

_____/

     Plaintiff has requested that the court hold a settlement conference. Defendant McDaniels opposes plaintiff's request. Good cause appearing, plaintiff's request that the court hold a settlement conference is denied without prejudice to renewal in plaintiff's pretrial statement.

Dated: June 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hern2446.set(3)