IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO HERNANDEZ,

      Plaintiff,                      No. CIV S-10-2446 LKK CKD P

    vs.

K. BOUWMAN, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has requested that the court hold a settlement conference. Defendant McDaniels opposes plaintiff's request. Good cause appearing, plaintiff's request that the court hold a settlement conference is denied without prejudice to renewal in plaintiff's pretrial statement.

Dated: June 27, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
hern2446.set(3)